**FILED**
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Wendy RAMIREZ-Martinez <br> Defendant. | Magistrate Case No.: **07 MJ 8960** <br><br> COMPLAINT FOR VIOLATION OF <br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about December 4, 2007, within the Southern District of California, defendant Wendy RAMIREZ-Martinez did knowingly and intentionally import approximately 18.22 kilograms (40.08 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Chad N. Worgen, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 5TH DAY OF DECEMBER 2007.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Wendy RAMIREZ-Martinez

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On December 4, 2007, at approximately 1556 hours, Wendy RAMIREZ-Martinez attempted to enter the United States from the Republic of Mexico at the Calexico, California East Port of Entry. RAMIREZ was the driver and sole occupant of a 1997 Mercury Sable with California license plate number 3TXM371.

RAMIREZ gave a negative Customs declaration to Customs and Border Protection Officer E. Bosquet. During questioning, RAMIREZ stated that she was going shopping in Calexico, California. RAMIREZ stated that she was not the registered owner of the vehicle. RAMIREZ stated that her boyfriend was the owner of the vehicle, and he had purchased it two months prior. During cursory inspection, Officer Bosquet inspected the undercarriage of the vehicle, and he observed fresh mud splatter. Bosquet tapped the gas tank, and noticed that it sounded solid.

Officer Bosquet proceeded to escort RAMIREZ and the vehicle into the secondary lot for a more intensive inspection. In vehicle secondary, Canine Enforcement Officer J. Jones screened the vehicle with his Narcotics Human Detector Dog. Officer Jones informed Bosquet that his canine had alerted to the vehicle. After further inspection, Officer Bosquet discovered 18 packages concealed within the gas tank. A package was probed producing a green leafy substance that tested positive for marijuana. The total weight of the packages was 18.22 kilograms (40.08 pounds).

RAMIREZ was arrested for violation of United States Code 952 and 960, Importation of a Controlled Substance. RAMIREZ stated that she had knowledge that marijuana was to be concealed within the vehicle. RAMIREZ stated that she was aware that it is illegal to import marijuana into the United States. RAMIREZ stated that she was to take the vehicle to the closest

gas station and wait for someone to pick up the vehicle. RAMIREZ stated that she was to be paid eight hundred dollars to complete the smuggling operation.