1  **JASON I. SER**
California State Bar No. 201816
2  **BRIDGET L. KENNEDY**
California State Bar No. PENDING
3  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
4  San Diego, California  92101-5008
Telephone:  (619) 234-8467
5  jason_ser@fd.org

6  Attorneys for Ms. Ramirez-Martinez

7

8

9              UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,           )     Case No. 07mj8960
                                        )
13              Plaintiff,              )
                                        )
14  v.                                  )     PROOF OF SERVICE
                                        )
15  **WENDY RAMIREZ-MARTINEZ,**         )
                                        )
16              Defendant.              )
                                        )
17  ─────────────────────────────────────

18          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

19  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

20  upon:

21              **United States Attorney's**
                efile.dkt.gc1@usdoj.gov
22

23  Dated: December 11, 2007              _____*s/ Jason I. Ser*_____
                                          **JASON I. SER**
24                                        Federal Defenders
                                          225 Broadway, Suite 900
25                                        San Diego, CA 92101-5030
                                          (619) 234-8467  (tel)
26                                        (619) 687-2666  (fax)
                                          e-mail: jason_ser@fd.org
27

28