FILED
JAN 0 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR035-H |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| WENDY RAMIREZ-MARTINEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 4, 2007, within the Southern District of California, defendant WENDY RAMIREZ-MARTINEZ, did knowingly and intentionally import approximately 18.22 kilograms (40.08 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 3, 2008 .

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:kmm:Imperial
1/2/08