AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Wendy Ramirez-Martinez

CASE NUMBER: 08CR035-H

I, __Wendy Ramirez-Martinez__, the above named defendant, who is accused of

21 USC 952-960

Importation of Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/3/08__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
JAN 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_Wendy Ramirez_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer