1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

6 Attorneys for Ms. Ramirez-Martinez

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )   Case No. 08CR0035-MLH
                                  )
12              Plaintiff,        )
                                  )
13 v.                             )
                                  )   **NOTICE OF APPEARANCE**
14 **WENDY RAMIREZ-MARTINEZ**,    )
                                  )
15              Defendant.        )
                                  )

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                          Respectfully submitted,

21 Dated: February 4, 2008                   *s/ Bridget Kennedy*
                                             Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*