**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Ms. Ramirez-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>        Plaintiff,                        )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>**WENDY RAMIREZ-MARTINEZ**, )<br>                                                    )<br>        Defendant.                    )<br>_____) | Case No. 08cr0035-MLH<br><br><br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: February 4, 2008              *s/ Bridget L. Kennedy*
                                                    **BRIDGET L. KENNEDY**
                                                    Federal Defenders
                                                    225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
                                                    (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
                                                    e-mail:bridget_kennedy@fd.org