**BRIDGET KENNEDY**
California State Bar No. 253416
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3740
Bridget_Kennedy@fd.org

Attorneys for Ms. Ramirez-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR00035-H |
| | ) | |
| Plaintiff, | ) | Date: April 14, 2008<br>Time: 9:00 a.m. |
| | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| **WENDY RAMIREZ-MARTINEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Bridget Kennedy, and Federal Defenders of San Diego, counsel for Ms. Ramirez-Martinez, along with Assistant United States Attorney Michelle Pettit, that the sentencing hearing set for April 14, 2008, at 9:00 a.m., be rescheduled to June 2, 2008, at 9:00 a.m. It is further agreed that the time until June 2, 2008 is excludable under the Speedy Trial Act. A signed acknowledgment by Ms. Ramirez-Martinez has been filed.

Date: April 9, 2008       /s/ Bridget Kennedy
                          **BRIDGET KENNEDY**
                          Federal Defenders of San Diego, Inc.
                          Attorneys for Ms. Ramirez-Martinez

Date: April 9, 2008       /s/ Michelle Pettit
                          **MICHELLE PETTIT**
                          Assistant United States Attorney