```
 1  BRIDGET KENNEDY
    California State Bar No. 253416
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467, ext. 3740
 4  Bridget_Kennedy@fd.org
 5
    Attorneys for Wendy Ramirez-Martinez
 6
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
                    (HONORABLE MARILYN L. HUFF)
11
    UNITED STATES OF AMERICA,        )  Case No. 08CR00035-H
12                                   )
              Plaintiff,             )
13                                   )
    v.                               )
14                                   )  ACKNOWLEDGMENT OF
    WENDY RAMIREZ-MARTINEZ,          )  NEXT COURT DATE
15                                   )
              Defendant.             )
16                                   )
17
         I, WENDY RAMIREZ-MARTINEZ, hereby acknowledge that I am to appear in the United
18
    States District Court for the Southern District of California on June 2, 2008 at 9:00 a.m. for sentencing.
19
20
21
    DATED: 4·08·08                        [signature]
22                                        WENDY RAMIREZ-MARTINEZ
```

08CR00035