UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | |
| Plaintiff,           ) | Case No. 08CR00035-H |
| ) | |
| v.           ) | |
| ) | CERTIFICATE OF SERVICE |
| **WENDY RAMIREZ-MARTINEZ**,           ) | |
| ) | |
| Defendant.           ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Michelle Pettit, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: April 9, 2008                              /s/Bridget Kennedy
                                                  BRIDGET KENNEDY
                                                  Federal Defenders
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467  (tel)
                                                  (619) 687-2666  (fax)
                                                  E-mail: Bridget_Kennedy@fd.org