**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0035-H |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING** |
| **WENDY RAMIREZ-MARTINEZ**, | ) | **SENTENCING HEARING** |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for April 14, 2008 be rescheduled to **June 2, 2008, 9:00 a.m.** The defendant is on bond and has filed an Acknowledgment of Next Court Date. The Court finds that there is excludable time under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: April 9, 2008

_____
**HONORABLE MARILYN L. HUFF**
United States District Court Judge