May 29, 2008

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUN -2 PM 12: 36

CLERK U.S. DIST... OF COURT,
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KMH _____ DEPUTY

### Report on Defendant Under Supervision

**Name of Defendant:** Ramirez-Martinez, Wendy (English)   **Dkt No.:** 08CR0035H-001

**Reg #:** 05756-298

**Name of Judicial Officer:** The Honorable Marilyn L. Huff, U.S. District Judge

**Next Court Hearing:** June 2, 2008, at 9:00 a.m. for sentencing

**Charged Offense:** Importation of Marijuana

**Date Conditions Were Ordered:** December 5, 2007, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Conditions of Release:** restrict travel to Southern District of California and the District of Arizona; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment, schooling, or combination both. On January 10, 2008, the defendant's conditions were modified and the defendant was ordered to enter a drug residential treatment center as recommended by Pretrial Services. On January 24, 2008, the court allowed the defendant to leave the in-patient drug treatment program and attend an out-patient drug program.

**Date Released on Bond:** January 10, 2008

**Asst. U.S. Atty.:** Michelle Pettit                **Defense Counsel:** Bridget Kennedy
                                                                                (appointed)   (619) 234-8467

**Prior Violation History:** On May 21, 2008, your Honor was notified the defendant submitted a urine sample which was positive for amphetamines and she admitted to using methamphetamine. Your Honor signed the report on May 22, 2008, and advised our office to "monitor closely with drug testing and treatment".

Ramirez-Martinez, Wendy  
DKT #08CR0035H-001

May 29, 2008  
Page 2

## PETITIONING THE COURT

### TO CITE THE DEFENDANT INTO COURT ON JUNE 2, 2008, AT 9:00 A.M.

The Pretrial Services Officer believes the defendant has violated the following conditions of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Standard Condition)** Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO. | 1. On May 21, 2008, Ms. Ramirez-Martinez failed to report to the pretrial services officer by telephone as directed.<br>2. On May 23, 2008, Ms. Ramirez-Martinez to failed to report to the pretrial services office in person as directed. |

***Grounds for Revocation:*** The Pretrial Services Officer in Arizona has advised our office the defendant has failed to make her weekly telephone call on May 20, 2008, and to make a required office visit on May 23, 2008.

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| Attend an out-patient drug treatment program. | 3. On May 20, 2008, Ms. Ramirez-Martinez failed to report to the out-patient drug treatment program for her scheduled appointment.<br>4. On May 22, 2008, Ms. Ramirez-Martinez failed to report to the out-patient drug treatment program for her scheduled appointment. |

***Grounds for Revocation:*** The Pretrial Services Officer in Arizona was notified by the treatment provider, Susan Redford with ACT, the defendant failed to show for her appointments on May 20, 2008, and on May 22, 2008. The treatment provider explained staff have made numerous attempts to engage Ms. Ramirez-Martinez into services and offered individual services, for which the defendant failed to show.

Ramirez-Martinez, Wendy  May 29, 2008
DKT #08CR0035H-001  Page 3

**U.S. Pretrial Services Officer Recommendation:**

The defendant is not reporting to Pretrial Services as directed and is not participating in the outpatient treatment program as ordered by the Court. Therefore, Pretrial Services would like to address these issues before your Honor at her next scheduled court date, which is on June 2, 2008, at 9:00 a.m.

Respectfully submitted:  Reviewed and approved:
by _____  _____
United States Pretrial Services Officer  Supervising U.S. Pretrial Services Officer
(619) 557-7207

Attachments

**THE COURT ORDERS:**

__X__  CITE THE DEFENDANT INTO COURT TO ADDRESS THE NON-COMPLIANCE ISSUES ON JUNE 2, 2008, AT 9:00 A.M.

____  OTHER _____

_____  5/30/08
The Honorable Marilyn L. Huff  Date
U.S. District Judge